AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED
*June 26, 2026*
Nathan Ochsner, Clerk of Court

United States of America
v.
Jaelyn Churchwell

*Defendant(s)*

Case No. **4:26-mj-412**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 13, 2024 in the county of Harris in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 2251(a) | Sexual Exploitation of Children |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Thelma Donchig, Special Agent
*Printed name and title*

Sworn to and signed by telephone.

Date: 06/26/2026

[signature]
*Judge's signature*

City and state: Houston, Texas

Yvonne Y. Ho, U.S. Magistrate Judge
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | § | |
| Jaelyn Churchwell | § | Case No. **4:26-mj-412** |

**AFFIDAVIT IN SUPPORT OF APPLICATION**

I, Thelma Donchig, being duly sworn, deposes and states:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI). I have been a Special Agent of the FBI since March of 2019. I am charged with the duty of investigating violations of the laws of the United States, collecting evidence in cases in which the United States is or may be a party in interest, and performing other duties imposed by law. I am currently assigned to the Child Exploitation and Human Trafficking Task Force and investigate crimes involving the federal violations concerning child pornography, sexual exploitation of children, kidnapping, and human trafficking. Prior to this assignment, I was assigned to the FBI Houston Field Office Counterintelligence Branch where I investigated Economic Espionage. I have participated in cases involving child pornography and the sexual exploitation of children.

2. I have also participated in various FBI mandated and volunteer training for the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography as defined in Title 18, United States Code, Section 2252A.

3. This Affidavit is made in support of a criminal complaint charging Jaelyn Churchwell with violating Title 18, United States Code, Section 2251(a) – sexual exploitation of children. I am familiar with the information contained in this Affidavit based upon the investigation I have personally conducted and my conversations with other law enforcement officers involved in this investigation, or who have engaged in numerous investigations involving child pornography.

4. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish

probable cause that evidence of a violation of Title 18, United States Code, Section 2251(a) – sexual exploitation of children, has been committed by Jaelyn Churchwell on or around January 13, 2024. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

5. On or about January 22, 2024, Houston Police Department (HPD) received a call from a reportee who stated that her minor daughter (hereinafter Minor Victim 1 or MV1) notified her regarding a black male named "Spider" who had burned her, choked her, drowned her, and was presently holding her against her will at 5210 Long Creek. MV1 told the Reportee that if the police came to the residence, "Spider" would kill her. The Reportee also believed "Spider" was trying to force MV1 into prostitution.

6. I assisted in locating MV1 and identified MV1's location as 5423 Long Creek Ln, Houston, Texas 77088, a location within the Southern District of Texas. HPD S.W.A.T. unit was used to assist in the investigation and arrived at the location at approximately 1930 hours. HPD S.W.A.T. unit conducted a surround and call out which revealed several individuals inside the home including MV1, who was 16 years old, Jaelyn Churchwell and Michael Smith. I observed numerous injuries on MV1's body, including burns, bruises, and cuts on her back, head, face, and arms.

7. At the scene, MV1 identified Jaelyn Churchwell as "Spider" and stated that she was held against her will and injured with a piece of broken plate used to cut MV1's arms several times. MV1 reported that Churchwell burned her upper body by spraying her with hairspray that he lit on fire. Churchwell also punched her in the face, smashed her head into the wall, whipped her body with extension cords, strangled her by wrapping the extension cord around her neck, and attempted to drown her in a bathtub.

8. MV1 was initially treated for her injuries at the scene by Houston Fire Department EMS before being transported via ambulance to Memorial Hermann Children's Hospital for further treatment. Due to the severity of her injuries, HPD was unable to conduct a complete interview until MV1 recovered.

9. On January 22, 2024, Churchwell was charged with Aggravated Assault Serious Bodily Injury and Unlawful Restraint causing Serious Bodily Injury. On April 9, 2024, a Harris County Grand Jury returned an indictment alleging the same offenses. The cases remain pending.

10. On or about August 28, 2024, HPD began investigating the homicide of Michael Smith. During the homicide investigation, HPD learned from MV1 that other sex crimes were committed by Churchwell and others from November 2023 to January 2024.

11. MV1 advised she met Churchwell in November of 2023 and came to Houston with him on the premise that she was going to sell marijuana. On the first day MV1 was brought to Houston by Churchwell, he took her to an abandoned apartment at 5500 De Soto located in the Southern District of Texas. Once in the apartment, Churchwell told MV1 they needed to have sex so he could "see what he was working with." MV1 did not want to have sex with Churchwell and tried to talk him out of it, however, Churchwell continued to pressure her and had oral and vaginal sex with Churchwell in the bathroom of the apartment.

12. Once MV1 arrived in Houston, she was forced into prostitution at the direction of Churchwell by the threat of physical abuse. MV1 stated there were multiple incidents where Churchwell would physically assault her for not making enough money. Churchwell also verbally threatened her life multiple times. MV1 was forced to commit commercial sex acts in the area around Tidwell and the area around Bissonnet, two popular "blades" in the Houston area.

13. MV1 was forced to commit commercial sex acts for Churchwell from late November 2023 until January 22, 2024, when she was rescued from the house at 5423 Long Creek Ln. MV1 stated she was raped and tortured for three days straight prior to the rescue. After the third day, witness Michael Smith came to the house, saw MV1's injuries, and stayed with her overnight to prevent further assaults. Michael Smith was able to convince Churchwell to return MV1's cellular phone, which Churchwell had confiscated prior the assault. MV1 then took a video of her injuries and sent the video to her mother. MV1's mother then called police and MV1 was rescued.

14. On or about November 26, 2024, HPD and affiant met with MV1 to recover the cell phone used by MV1 while she was being trafficked and assaulted by Churchwell, along with written consent to search the phone. On or about November 27, 2024, the cell phone was extracted by HPD, Homicide Division.

15. I reviewed numerous videos found on MV1's cell phone and discovered a video file with **filename:** 85B31875-E8C6-429C-8195 985505586253.MOV (herein referred to as Video 1), created on 1/13/2024 at 9:29:30 PM(UTC-6). Video 1 is approximately 2 minutes and

48 seconds in length and depicts MV1 being vaginally penetrated by Jonathan Smith's penis. At approximately 9 seconds, MV1 can be heard saying the name "Spider". At approximately 27 seconds a male voice, recognizable as belonging to Churchwell, can be heard yelling to MV1 to "ride it" as MV1 then begins moving her body on top of Jonathan Smith with his penis penetrating her vagina. At approximately 1 minute and 5 seconds, a figure believed to be Churchwell, can be seen in the background and yells to MV1, "ride that dick." At approximately 1 minute and 25 seconds, Smith asks Churchwell, "Hey Spider"…."record it real quick." An arm with tattoos can be seen taking the camera to record the remainder of the video. Churchwell can be seen dancing while wearing a black t shirt with a red blanket draped over his shoulders. Churchwell is further identified through other videos taken on or around the same date as he is wearing the same items.

The following is a screenshot from Video1 showing Churchwell take possession of the camera. Churchwell has tattoos on his right arm and is wearing a black shirt with white writing. Churchwell also has a red blanket draped over his shoulders.



The following are known photographs of Churchwell's right arm.



16. Based upon the information delineated above, I believe that probable cause exists for the issuance of a Criminal Complaint charging Jaelyn Churchwell with a violation of Title 18, United States Code, Section 2251(a)- sexual exploitation of children.

Thelma Donchig
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to telephonically on this 26th day of June 2026, and I find probable cause exists.

The Honorable Yvonne Y. Ho
UNITED STATES MAGISTRATE JUDGE